# Ex . A



Credit Report

Date: August 01, 2025

Confirmation # 5213520107

Prepared for:

**TYRONE J BOZEMAN**

## DID YOU KNOW?

*If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list** Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer***



Prepared for:

# TYRONE J BOZEMAN

Date: August 01, 2025
Confirmation # 5213520107

# An Overview of Your Credit Report

Your credit report provides different types of information, including:

**Personal Information**
This section includes your name (including any former names), current and previous addresses and phone numbers, employment data, Social Security number, and birthdate. Personal information is provided by you or your lenders and creditors. While this information is not used to calculate credit scores it is important to check for typos and any unfamiliar information.

**Consumer File Notices**
Notices on your credit report can include fraud and active duty alerts, security freezes or locks, and opt-outs of receiving prescreened offers of credit or insurance. You can also choose to add a consumer statement to your credit report to provide an explanation for why you missed a payment or why you believe something is being reported incorrectly. For more information on these consumer added notices **visit equifax.com/personal/help/.**

**Account Information**
Your credit report can include all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit. When reviewing your account information, make sure accounts listed belong to you and look for the following:

- **Account Status:** See if an account is open, closed, paid on time, or past due.  Closed accounts should have no money owed.
- **Payment History:** Check if you made payments on time for each account.  Paying on time helps your credit, while late or missed payments hurt it.  Payment history is provided, where available, for each account.  To view up to 24 months of your historical payment and balance data, log in to your 'myEquifax' account at www.myequifax.com.
- **Credit Limits and Balances:** Look at the credit limits on credit cards and compare them to what you owe.  It's better to keep the balance low compared to the limit.  This helps improve your credit.
- **Account Types:** Notice the different kinds of credit accounts you have (like credit cards, loans, mortgages).  Having a mix of account types is good for your credit.

**Negative Information (Collections and Bankruptcy Public Records)**
Be aware of any negative details such as late payments, debts that were given up on, or money owed to collections. Bankruptcies may also be shown on your credit report. These negative items can hurt your credit score. If there's something there, make sure it's correct and up to date.

**Inquiries**
This section shows who accessed your credit report and when. Too many hard inquiries can negatively impact your credit score and any unfamiliar inquiries may be a sign of identity theft.

---

**If you find information you believe to be incorrect, you may visit us at equifax.com/personal/disputes or call us at 888-EQUIFAX (888-378-4329) to submit a dispute.**  You may also mail your dispute request to: Equifax | PO Box 740241 | Atlanta, GA 30374

Note: When you provide documents to Equifax as part of your dispute, including a letter, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Prepared for:

**TYRONE J BOZEMAN**

**EQUIFAX**®

Date: August 01, 2025
Confirmation # 5213520107

# Your Credit Report

## Summary

A quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | August 01, 2025 |
| **Average Account Age** | 3 Years, 7 Months |
| **Length of Credit History** | 7 Years, 11 Months |
| **Oldest Account** | Bank of America \| September 2017 |
| **Most Recent Account** | NAVY FEDERAL CREDIT UNION \| June 2025 |

## Personal Information

Creditors use your personal information to identify you. This information has **no impact** on your credit score.



**TYRONE J BOZEMAN**

26 ABBOT ST APT 3, DORCHESTER CENTER, MA 02124
Social Security Number: **XXX-XX-5858**
Date of Birth: **06/16/1996**

**Former Name(s):**
None

**Employment Information:**
None

**Consumer File Notices:**
Opted-Out of Prescreened Offers

**Former Address(es):**
None

**Former Phone Number(s):**
None

**Consumer Statement:**
SOME OF THE REPORTS ON MY CREDIT SCORE ARE INACCURATE OR FRAUDULENT

**Prepared for:**

# TYRONE J BOZEMAN

**EQUIFAX®**

Date: August 01, 2025
Confirmation # 5213520107

# Credit Accounts

This includes all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit.



**AMERICAN EXPRESS - Closed**

PO Box 981537, El Paso, TX  799981537 | (800) 874-2717
Account Number: **\*5523** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **07/28/2025** | Balance: **$3,748**
Credit Limit: ▪ | High Credit: **$3,748**

| | | |
|---|---|---|
| Date Opened: **05/17/2021** | Date of 1st Delinquency: **08/27/2021** | Terms Frequency: **Monthly** |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: **04/27/2025** | Months Reviewed: **46** |
| Scheduled Payment Amount: ▪ | Amount Past Due: **$1,855** | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: **$3,748** | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: **Closed** | Narrative Code(s): **167, 067, 065, 002** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | ▪ | | | | | |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ▪ | ▪ | ▪ | | ▪ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 06/25 | $3,748 | ▪ | ▪ | ▪ | $1,793 | $3,748 | ▪ | 167, 067, 065, 002 |
| 05/25 | $3,748 | ▪ | ▪ | ▪ | $1,732 | $3,748 | ▪ | 167, 067, 065, 002 |
| 04/25 | $3,748 | ▪ | ▪ | ▪ | $1,671 | $3,748 | ▪ | 167, 067, 065, 002 |
| 03/25 | $3,748 | ▪ | ▪ | ▪ | $1,549 | $3,748 | ▪ | 167, 067, 065 |
| 12/24 | $3,748 | ▪ | ▪ | ▪ | $1,366 | $3,748 | ▪ | 022 |
| 10/24 | $3,748 | ▪ | ▪ | ▪ | | $3,748 | ▪ | ▪ |
| 09/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | $3,748 | ▪ | ▪ |
| 08/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | $0 | ▪ | ▪ |
| 07/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | | ▪ | ▪ |
| 06/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 05/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 04/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 03/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 02/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 01/24 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 12/23 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 11/23 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 10/23 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 09/23 | $3,748 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 08/23 | $3,748 | ▪ | ▪ | ▪ | ▪ | $3,748 | ▪ | ▪ |

| Narrative Code | Narrative Code Description |
|---|---|
| 167 | Consumer Disputes After Resolution |
| 067 | Charged Off Account |
| 065 | Account Closed By Credit Grantor |
| 002 | Credit Card |
| 022 | Consumer Disputes - Reinvestigation in Process |



# TYRONE J BOZEMAN

Date: August 01, 2025
Confirmation # 5213520107



## NAVY FEDERAL CREDIT UNION

PO Box 3700, Attn Cbr Disputes, Merrifield, VA  221193700 | (888) 842-6328
Account Number: **\*3688** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **07/23/2025** | Balance: **$4,643**
Credit Limit: **$7,100** | High Credit: **$7,100**

| | | |
|---|---|---|
| Date Opened: **04/01/2024** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **07/23/2025** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **15** |
| Scheduled Payment Amount: **$151** | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: **$6,200** | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **07/19/2025** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **002** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2024 | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 06/25 | $6,579 | $185 | $1,100 | 06/19/2025 | ▪ | $7,100 | $7,100 | 002, 233 |
| 05/25 | $5,543 | $162 | $1,000 | 04/24/2025 | ▪ | $7,100 | $7,100 | 002, 233 |
| 04/25 | $6,412 | $156 | $190 | 04/10/2025 | ▪ | $7,100 | $7,100 | 002, 233 |
| 03/25 | $6,503 | $190 | $358 | 03/13/2025 | ▪ | $7,100 | $7,100 | 002, 233 |
| 02/25 | $6,751 | $170 | $168 | 02/06/2025 | ▪ | $7,100 | $7,100 | 002, 233 |
| 01/25 | $6,795 | $166 | ▪ | 12/17/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 12/24 | $6,692 | $171 | $171 | 12/17/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 11/24 | $6,764 | $170 | $170 | 11/18/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 10/24 | $6,815 | $170 | $350 | 10/18/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 09/24 | $6,805 | $168 | $600 | 09/17/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 08/24 | $6,611 | $174 | $549 | 08/14/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 07/24 | $7,058 | $146 | $146 | 07/17/2024 | ▪ | $7,100 | $7,100 | 002, 233 |
| 06/24 | $6,678 | $143 | $3,150 | 06/01/2024 | ▪ | $6,678 | $7,100 | 002, 233 |
| 05/24 | $5,824 | $20 | $225 | 05/01/2024 | ▪ | $5,824 | $7,100 | ▪ |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:

**TYRONE J BOZEMAN**



Date: August 01, 2025
Confirmation # 5213520107



**RENTREPORTERS, LLC**

251 S LAKE AVE STE 400, PASADENA, CA  911013051 | (626) 737-6100
Account Number: **\*2273** | Owner: **Individual Account**
Loan/Account Type: **Rental Agreement** | Status: **Pays As Agreed**

Date Reported: **06/30/2025** | Balance: **$0**
Credit Limit: ▪ | High Credit: **$1,700**

Date Opened: **06/01/2021**
Date of Last Activity: **06/01/2025**
Scheduled Payment Amount: **$1,700**
Actual Payment Amount: **$1,700**
Date of Last Payment: **06/01/2025**
Term Duration: ▪

Date of 1st Delinquency: ▪
Date Major Delinquency 1st Reported: ▪
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: **24**
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **267**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ✓ | ▪ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** |

| | |
|---|---|
| 90 Days Past Due | **120** | 120 Days Past Due |
| Foreclosure | **C** | Collection Account |
| Too New to Rate | ▪ | No Data Available |

### Narrative Code    Narrative Code Description
**267**    Rental Agreement

Prepared for:

**EQUIFAX**®

# TYRONE J BOZEMAN

Date: August 01, 2025
Confirmation # 5213520107



## CAPITAL ONE BANK USA NA

PO BOX 31293, Salt Lake City, UT  841311293 | (800) 955-7070
Account Number: **\*3326** | Owner: **Authorized User**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **07/19/2025** | Balance: **$10,565**
Credit Limit: **$10,800** | High Credit: **$10,565**

| | | |
|---|---|---|
| Date Opened: **11/02/2017** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **07/19/2025** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **33** |
| Scheduled Payment Amount: **$345** | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **07/13/2025** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **002** |

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

## 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 06/25 | $9,944 | $311 | ▪ | 06/13/2025 | ▪ | $9,944 | $10,800 | 002, 233 |
| 05/25 | $9,111 | $304 | ▪ | 05/13/2025 | ▪ | $9,281 | $10,800 | 002, 233 |
| 04/25 | $9,172 | $299 | ▪ | 04/14/2025 | ▪ | $9,281 | $10,800 | 002, 233 |
| 03/25 | $9,234 | $301 | ▪ | 03/13/2025 | ▪ | $9,281 | $10,800 | 002, 233 |
| 02/25 | $8,429 | $259 | ▪ | 02/12/2025 | ▪ | $8,732 | $10,800 | 002, 233 |
| 01/25 | $8,085 | $268 | ▪ | 01/13/2025 | ▪ | $8,732 | $10,800 | 002, 233 |
| 12/24 | $7,879 | $265 | ▪ | 12/13/2024 | ▪ | $8,732 | $10,800 | 002, 233 |
| 11/24 | $7,835 | $258 | ▪ | 11/13/2024 | ▪ | $8,732 | $10,800 | 002, 233 |
| 10/24 | $7,791 | $260 | ▪ | 10/14/2024 | ▪ | $8,732 | $10,800 | 002, 233 |

| Narrative Code | Narrative Code Description |
|----------------|---------------------------|
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:

**EQUIFAX**®

# TYRONE J BOZEMAN

Date: August 01, 2025
Confirmation # 5213520107



## NAVY FEDERAL CREDIT UNION

PO Box 3700, Attn Cbr Disputes, Merrifield, VA  221193700 | (888) 842-6328
Account Number: **\*3657** | Owner: **Authorized User**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **07/04/2025** | Balance: **$9,793**
Credit Limit: **$12,500** | High Credit: **$11,169**

| | | |
|---|---|---|
| Date Opened: **07/27/2022** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **07/04/2025** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **34** |
| Scheduled Payment Amount: **$210** | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: **$210** | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **07/01/2025** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **002** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---------|-------------------------|----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| | | | | | ▪ | | | |
| 06/25 | $8,908 | $159 | $296 | 05/30/2025 | ▪ | $11,169 | $12,500 | 002, 233 |
| 05/25 | $6,620 | $137 | ▪ | 03/28/2025 | ▪ | $11,169 | $12,500 | 002, 233 |
| 04/25 | $5,819 | $103 | $103 | 03/28/2025 | ▪ | $11,169 | $12,500 | 002, 233 |
| 03/25 | $4,297 | $110 | $110 | 03/03/2025 | ▪ | $11,169 | $12,500 | 002, 233 |
| 02/25 | $4,348 | $107 | $107 | 02/03/2025 | ▪ | $11,169 | $12,500 | 002, 233 |
| 01/25 | $4,387 | $145 | $145 | 12/27/2024 | ▪ | $11,169 | $12,500 | 002, 233 |
| 12/24 | $3,747 | $212 | $5,000 | 11/26/2024 | ▪ | $11,169 | $12,500 | 002, 233 |
| 11/24 | $8,449 | $169 | $169 | 11/01/2024 | ▪ | $11,169 | $12,500 | 002, 233 |
| 10/24 | $7,237 | $207 | $207 | 09/26/2024 | ▪ | $11,169 | $12,500 | 002, 233 |
| 09/24 | $5,869 | $211 | $5,711 | 09/03/2024 | ▪ | $11,169 | $12,500 | 002, 233 |
| 08/24 | $6,960 | $140 | $140 | 07/29/2024 | ▪ | $9,370 | $12,500 | 002, 233 |
| 07/24 | $6,013 | $114 | $114 | 06/01/2024 | ▪ | $9,370 | $10,000 | 002, 233 |
| 06/24 | $4,470 | $40 | $600 | 05/01/2024 | ▪ | $9,370 | $10,000 | ▪ |
| 05/24 | $3,918 | $113 | $5,104 | 04/01/2024 | ▪ | $9,370 | $10,000 | ▪ |
| 04/24 | $5,104 | $41 | $500 | 03/01/2024 | ▪ | $8,899 | $10,000 | ▪ |

| Narrative Code | Narrative Code Description |
|----------------|---------------------------|
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:

**EQUIFAX** ®

# TYRONE J BOZEMAN

Date: August 01, 2025
Confirmation # 5213520107



## NAVY FEDERAL CREDIT UNION

PO Box 3700, Attn: Cbr Disputes, Merrifield, VA  221193700 | (888) 842-6328
Account Number: **\*9571** | Owner: **Individual Account**
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **06/30/2025** | Balance: **$10,075**
Credit Limit: ▪ | High Credit: **$60,000**

Date Opened: **03/05/2025**
Date of Last Activity: **06/30/2025**
Scheduled Payment Amount: **$1,059**
Actual Payment Amount: ▪
Date of Last Payment: **03/06/2025**
Term Duration: **61 Months**

Date of 1st Delinquency: ▪
Date Major Delinquency 1st Reported: ▪
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: **3**
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **125, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ▪ | ▪ | ▪ | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/25 | $10,057 | $1,059 | ▪ | 03/06/2025 | ▪ | $60,000 | ▪ | 125, 132 |
| 04/25 | $10,038 | $1,059 | ▪ | 03/06/2025 | ▪ | $60,000 | ▪ | 125, 132 |
| 03/25 | $10,019 | $1,059 | $50,000 | 03/06/2025 | ▪ | $60,000 | ▪ | 132, 125 |

| Narrative Code | Narrative Code Description |
|---|---|
| **125** | Secured |
| **132** | Fixed Rate |



## NAVY FEDERAL CREDIT UNION

PO Box 3700, Attn: Cbr Disputes, Merrifield, VA  221193700 | (888) 842-6328
Account Number: **\*5896** | Owner: **Individual Account**
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **06/30/2025** | Balance: **$10,019**
Credit Limit: ▪ | High Credit: **$100,000**

Date Opened: **06/09/2025**
Date of Last Activity: **06/30/2025**
Scheduled Payment Amount: **$1,765**
Actual Payment Amount: **$90,000**
Date of Last Payment: **06/10/2025**
Term Duration: **60 Months**

Date of 1st Delinquency: ▪
Date Major Delinquency 1st Reported: ▪
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: ▪
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **132, 125**

| Narrative Code | Narrative Code Description |
|---|---|
| **132** | Fixed Rate |
| **125** | Secured |

Prepared for:

# TYRONE J BOZEMAN

**EQUIFAX®**

Date: August 01, 2025
Confirmation # 5213520107



## NAVY FEDERAL CREDIT UNION

PO Box 3700, Attn: Cbr Disputes, Merrifield, VA  221193700 | (888) 842-6328
Account Number: **\*7858** | Owner: **Individual Account**
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **06/30/2025** | Balance: **$35**
Credit Limit: ▪ | High Credit: **$4,000**

| | | |
|---|---|---|
| Date Opened: **01/17/2024** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **06/30/2025** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **17** |
| Scheduled Payment Amount: **$70** | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **02/27/2024** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: **60 Months** | Activity Designator: ▪ | Narrative Code(s): **125, 132** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ✓ | ▪ | ▪ | ▪ |
| 2024 | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 05/25 | $35 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 04/25 | $35 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 03/25 | $35 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 02/25 | $35 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 01/25 | $35 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 12/24 | $35 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 11/24 | $34 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 10/24 | $34 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 09/24 | $34 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 08/24 | $34 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 07/24 | $34 | $70 | ▪ | 02/27/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 06/24 | $34 | $70 | ▪ | 02/01/2024 | ▪ | $4,000 | ▪ | 125, 132 |
| 05/24 | $34 | $70 | ▪ | 02/01/2024 | ▪ | $4,000 | ▪ | 132 |
| 04/24 | $34 | $70 | ▪ | 02/01/2024 | ▪ | $4,000 | ▪ | 132 |
| 03/24 | $34 | $70 | ▪ | 02/01/2024 | ▪ | $4,000 | ▪ | 132 |
| 02/24 | $34 | $70 | $3,870 | 02/01/2024 | ▪ | $4,000 | ▪ | 132 |
| 01/24 | $3,903 | $70 | $100 | 01/01/2024 | ▪ | $4,000 | ▪ | 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 125 | Secured |
| 132 | Fixed Rate |

Prepared for:

# TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107

 **DIGITAL FCU**

PO Box 9123, Marlborough, MA  17529123 | (800) 328-8797
Account Number: **\*9141** | Owner: **Individual Account**
Loan/Account Type: **Secured** | Status: **Pays As Agreed**

Date Reported: **10/31/2024** | Balance: ▪
Credit Limit: ▪ | High Credit: **$3,000**

| | | |
|---|---|---|
| Date Opened: **07/24/2023** | Date of 1st Delinquency: ▪ | Terms Frequency: ▪ |
| Date of Last Activity: **10/31/2024** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **15** |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **06/29/2024** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **125, 132** |

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ |
| 2023 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

## 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 09/24 | $44 | $131 | ▪ | 06/29/2024 | ▪ | $3,000 | ▪ | 125, 132 |
| 08/24 | $44 | $131 | ▪ | 06/29/2024 | ▪ | $3,000 | ▪ | 125, 132 |
| 07/24 | $44 | $131 | ▪ | 06/29/2024 | ▪ | $3,000 | ▪ | 125, 132 |
| 06/24 | $44 | $131 | $263 | 06/01/2024 | ▪ | $3,000 | ▪ | 125, 132 |
| 05/24 | $306 | $131 | $263 | 05/01/2024 | ▪ | $3,000 | ▪ | 132 |
| 04/24 | $568 | $131 | $263 | 04/01/2024 | ▪ | $3,000 | ▪ | 132 |
| 03/24 | $828 | $131 | $263 | 03/01/2024 | ▪ | $3,000 | ▪ | 132 |
| 02/24 | $1,087 | $131 | $263 | 02/01/2024 | ▪ | $3,000 | ▪ | 132 |
| 12/23 | $1,602 | $131 | $263 | 12/01/2023 | ▪ | $3,000 | ▪ | 132 |
| 09/23 | $2,366 | $131 | $263 | 09/01/2023 | ▪ | $3,000 | ▪ | 132 |
| 08/23 | $2,619 | $131 | $263 | 08/01/2023 | ▪ | $3,000 | ▪ | 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| **125** | Secured |
| **132** | Fixed Rate |

Prepared for:

# TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107



## TD BANK

PO BOX 1448, GREENVILLE, SC  296021448 | (800) 462-3666
Account Number: *9130 | Owner: **Individual Account**
Loan/Account Type: **Secured Credit Card** | Status: **Pays As Agreed**

Date Reported: **02/27/2023** | Balance: ▪
Credit Limit: **$2,000** | High Credit: **$2,062**

| | | |
|---|---|---|
| Date Opened: **03/10/2022** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **02/01/2023** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **11** |
| Scheduled Payment Amount: **$66** | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: **$100** | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **02/01/2023** | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **041** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ▪ | ▪ | ▪ | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due |
| 90 | 90 Days Past Due | 120 | 120 Days Past Due | 150 | 150 Days Past Due |
| 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure |
| C | Collection Account | CO | Charge Off | B | Included in Bankruptcy |
| R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|----------------|---------------------------|
| 041 | Secured Credit Card |



## Bank of America - Closed

PO Box 982238, El Paso, TX  799982238 | (800) 421-2110
Account Number: *2960 | Owner: **Authorized User**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **06/22/2021** | Balance: **$0**
Credit Limit: **$33,000** | High Credit: **$30,962**

| | | |
|---|---|---|
| Date Opened: **09/22/2017** | Date of 1st Delinquency: ▪ | Terms Frequency: **Monthly** |
| Date of Last Activity: **05/01/2021** | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: **26** |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: **05/01/2021** | Date Closed: **06/01/2021** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: **Paid and Closed** | Narrative Code(s): **158, 065** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ✓ | ▪ | ▪ | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2020 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due |
| 90 | 90 Days Past Due | 120 | 120 Days Past Due | 150 | 150 Days Past Due |
| 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure |
| C | Collection Account | CO | Charge Off | B | Included in Bankruptcy |
| R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|----------------|---------------------------|
| 158 | Closed or Paid Account/Zero Balance |
| 065 | Account Closed By Credit Grantor |

Prepared for:

# TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107



## NAVY FEDERAL CREDIT UNION

PO Box 3700, Attn Cbr Disputes, Merrifield, VA 221193700 | (888) 842-6328
Account Number: **2167** | Owner: **Authorized User**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **05/29/2023** | Balance: ▪
Credit Limit: **$1,000** | High Credit: **$1,070**

Date Opened: **03/20/2022**
Date of Last Activity: **05/01/2023**
Scheduled Payment Amount: **$20**
Actual Payment Amount: **$20**
Date of Last Payment: **05/01/2023**
Term Duration: ▪

Date of 1st Delinquency: ▪
Date Major Delinquency 1st Reported: ▪
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: **14**
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ▪ | ✓ | ▪ | ✓ | ▪ | ✓ | ▪ | ✓ | ▪ | ✓ |
| 2022 | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ▪ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |

## SYNCB/CARE CREDIT

PO Box 71757, Philadelphia, PA 191761757 | (866) 396-8254
Account Number: **1769** | Owner: **Authorized User**
Loan/Account Type: **Charge Account** | Status: **Pays As Agreed**

Date Reported: **08/23/2023** | Balance: ▪
Credit Limit: **$3,500** | High Credit: **$2,449**

Date Opened: **01/11/2018**
Date of Last Activity: **08/01/2023**
Scheduled Payment Amount: **$78**
Actual Payment Amount: **$66**
Date of Last Payment: **08/01/2023**
Term Duration: ▪

Date of 1st Delinquency: ▪
Date Major Delinquency 1st Reported: ▪
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: **Monthly**
Months Reviewed: **52**
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **229**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ✓ | ▪ | ▪ | ▪ |
| 2022 | ✓ | ✓ | ✓ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 08/23 | ▪ | ▪ | $66 | 08/01/2023 | ▪ | $2,449 | $3,500 | ▪ |

| Narrative Code | Narrative Code Description |
|---|---|
| 229 | Charge |

## TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107

## Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.  They may remain on your file for up to 2 years.

- **Hard Inquiries that can impact your credit rating/score.** When a lender requests to review your credit reports after you've <u>applied for credit</u>, it results in a hard inquiry which may impact your credit score.
- **Soft Inquiries that do not impact your credit rating/score.** These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor, or your own requests to check your credit file.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **DIGITAL FEDERAL CREDIT UNION**<br>*220 DONALD LYNCH BLVD MARLBOROUGH MA*<br>*017524708*<br>*Phone: (800) 328-8797* | Hard | 09/09/2023 |
| **EQUIFAX**<br>*PO BOX 740241 ATLANTA GA 30374-0241*<br>*Phone: (888) 378-4329* | Soft | 11/18/2024 |
| **CREDIT KARMA, INC.**<br>*760 MARKET ST FL 5 SAN FRAN CA 941022401*<br>*Phone: (510) 833-9776* | Soft | 11/19/2024, 11/12/2024, 11/05/2024, 10/29/2024, 10/22/2024, 10/15/2024, 10/08/2024, 10/01/2024, 09/24/2024, 09/17/2024, 09/10/2024, 09/03/2024, 08/27/2024, 08/20/2024, 08/13/2024 |
| **MAVERICK BANKCARD, INC**<br>*5230 Las Virgenes Rd Ste 300, 3rd FL Calabasas CA 91302-3448*<br>*Phone: (800) 464-9777* | Soft | 07/09/2024, 06/19/2024 |
| **CREDIT KARMA, INC**<br>*760 MARKET ST SAN FRAN CA 941022401*<br>*Phone: (510) 833-9776* | Soft | 08/01/2025, 07/24/2025, 07/23/2025, 07/16/2025, 07/09/2025, 07/05/2025, 07/02/2025, 06/25/2025, 06/24/2025, 06/20/2025, 06/18/2025, 06/11/2025, 06/05/2025, 06/04/2025, 06/02/2025, 05/30/2025, 05/28/2025, 05/24/2025, 05/22/2025, 05/21/2025, 05/14/2025, 05/07/2025, 05/06/2025, 05/04/2025, 05/03/2025, 04/30/2025, 04/24/2025, 04/23/2025, 04/21/2025, 04/16/2025, 04/09/2025, 04/05/2025, 04/03/2025, 04/02/2025, 03/26/2025, 03/25/2025, 03/22/2025, 03/19/2025, 03/13/2025, 03/06/2025, 03/05/2025, 02/26/2025, 02/25/2025, 02/19/2025, 02/12/2025, 02/07/2025, 02/05/2025, 02/04/2025, 01/29/2025, 08/08/2024 |
| **DIGITAL FEDERAL CREDIT UNION**<br>*220 DONALD LYNCH BLVD MARLBOROUGH MA*<br>*01752*<br>*Phone:* | Soft | 10/08/2024 |

Prepared for:

# TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107

## Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **THRIFTY**<br>*5601 NW EXPRESSWAY WARR ACRES OK 73132-5232*<br>Phone: (405) 775-6464 | Soft | 06/19/2025 |
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>Phone: (800) 685-1111 | Soft | 03/12/2025, 11/08/2024, 11/09/2023, 11/01/2023, 10/28/2023, 09/30/2023, 09/30/2023 |
| **EQUIFAX CONSUMER SERVICES**<br>*1525 WINDWARD CONCOURSE ALPHARETTA GA 30005*<br>Phone: | Soft | 07/23/2025, 06/25/2025, 05/28/2025, 04/30/2025, 04/02/2025, 03/05/2025, 02/05/2025, 01/08/2025 |
| **EQUIFAX CONSUMER SERVICES**<br>*PO BOX 740241 ATLANTA GA 303740241*<br>Phone: (888) 378-4329 | Soft | 11/18/2024 |
| **NAVY FCU**<br>*820 FOLLIN LN SE VIENNA VA 22180*<br>Phone: | Soft | 07/01/2025, 06/03/2025, 04/29/2025, 04/01/2025, 03/04/2025, 02/04/2025, 12/31/2024, 12/03/2024, 10/29/2024, 09/03/2024 |
| **EQUIFAX - TALX**<br>*11432 LACKLAND RD SAINT LOUIS MO 631463516*<br>Phone: (888) 378-4329 | Soft | 08/01/2025, 07/15/2025, 06/16/2025, 05/18/2025 |
| **EQUIFAX INC (0100)**<br>*1550 PEACHTREE ST NW ATLANTA GA 303092468*<br>Phone: (404) 885-8000 | Soft | 08/01/2025, 07/15/2025, 12/26/2024 |
| **EQUIFAX**<br>*PO BOX 740250 ATLANTA GA 30374-0250*<br>Phone: (678) 795-7622 | Soft | 07/15/2025, 06/16/2025, 06/16/2025, 05/18/2025, 04/29/2025, 12/26/2024, 09/16/2024, 08/29/2024, 12/30/2023, 09/11/2023, 08/21/2023 |
| **VERIZON WIRELESS - GA -**<br>*618 GRASSMERE PARK STE 14 NASHVILLE TN 37211*<br>Phone: | Soft | 01/02/2025 |
| **DIGITAL FEDERAL CREDIT UNION**<br>*220 DONALD LYNCH BLVD MARLBOROUGH MA 01752*<br>Phone: | Soft | 07/22/2025, 07/01/2025, 06/24/2025, 05/27/2025, 04/22/2025, 03/25/2025, 02/25/2025, 01/28/2025, 12/24/2024, 11/26/2024, 10/22/2024, 09/24/2024, 08/27/2024, 07/23/2024, 04/23/2024, 03/26/2024, 02/20/2024, 01/23/2024, 12/26/2023, 11/21/2023, 10/24/2023, 09/26/2023, 09/05/2023, 08/22/2023, 08/08/2023 |

Prepared for:

## TYRONE J BOZEMAN

**EQUIFAX**®

Date: August 01, 2025
Confirmation # 5213520107

# Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

| Company Information | Inquiry Type | Inquiry Date(s) |
|---|---|---|
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>*Phone: (800) 685-1111* | Soft | 03/22/2025, 03/22/2025, 03/12/2025, 02/22/2025, 12/04/2024, 11/29/2024, 11/18/2024, 11/08/2024, 11/06/2024, 10/30/2024, 10/30/2024, 08/07/2024, 08/05/2024, 07/11/2024, 07/10/2024, 03/26/2024, 03/24/2024, 02/20/2024, 01/31/2024, 11/04/2023, 11/03/2023, 11/03/2023, 11/03/2023, 10/21/2023, 10/21/2023, 10/09/2023, 09/23/2023, 07/20/2023, 07/19/2023, 07/19/2023 |
| **EQUIFAX INFO SVCS**<br>*PO Box 105069 Atlanta GA 303485069*<br>*Phone: (800) 685-1111* | Soft | 11/08/2023, 11/03/2023, 10/29/2023, 10/24/2023, 10/21/2023, 09/28/2023, 09/27/2023 |
| **EQUIFAX INFO SVCS.**<br>*PO Box 740241 Atlanta GA 303740241*<br>*Phone: (800) 685-1111* | Soft | 12/04/2024, 09/17/2024, 08/07/2024, 07/10/2024, 03/26/2024, 02/20/2024, 11/04/2023, 10/09/2023 |

Prepared for:

# TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

# TYRONE J BOZEMAN



Date: August 01, 2025
Confirmation # 5213520107

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

Prepared for:

**TYRONE J BOZEMAN**



Date: August 01, 2025
Confirmation # 5213520107

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Association<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

Prepared for:

**TYRONE J BOZEMAN**

**EQUIFAX**®

Date: August 01, 2025
Confirmation # 5213520107

## STATE OF MASSACHUSETTS - NOTICE TO CONSUMERS

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly, either in writing, by mail or electronic communication through the credit reporting agency website, or by telephone. The consumer reporting agency shall provide, upon request and without unreasonable delay, a live representative of the consumer reporting agency to assist in dispute resolution whenever possible and practicable, or to the extent consistent with federal law. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is more than seven years old, and must remove bankruptcy information only if it is more than ten years old.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the credit reporting act.