**EX. C**

**INFORMATION MISSING WITH EQUIFAX August 5, 2025 DISCLOSURE**

**AMERICAN EXPRESS:**

**In the Summary section:** Account number *5523 is incomplete.

**Account Details:** Date Opened is incomplete, Date of Last Activity is incomplete, Scheduled Payment Amount is incomplete, Actual Payment Amount is incomplete, Date of Last Payment is incomplete, Term Duration is incomplete, Date of 1st Delinquency is inaccurate, Date Major Delinquency 1st Reported is inaccurate, Date Closed is incomplete, Date Reported is incomplete, Credit Limit is incomplete, Months reviewed is inaccurate, Deferred Payment Start Date is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete.

**Payment History:** May 2021 is incomplete, July 2025 is incomplete.

**24 Months History:** November 2024 is missing, January 2025 is missing, February 2025 is missing. In Balance - November 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, July 2025 is incomplete. In Schedule Payment Amount - August 2023 is incomplete, September 2023 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, June 2024 is incomplete, July 2024 is incomplete, August 2024 is incomplete, September 2024 is incomplete, October 2024 is incomplete, November 2024 is incomplete, December 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, March 2025 is incomplete, April 2025 is incomplete, May 2025 is incomplete, June 2025 is incomplete, July 2025 is incomplete. In Actual Payment Amount - August 2023 is incomplete, September 2023 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, June 2024 is incomplete, July 2024 is incomplete, August 2024 is incomplete, September 2024 is incomplete, October 2024 is incomplete, November 2024 is incomplete, December 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, March 2025 is

incomplete, April 2025 is incomplete, May 2025 is incomplete, June 2025 is incomplete, July 2025 is incomplete. In Last Payment Date - August 2023 is incomplete, September 2023 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, June 2024 is incomplete, July 2024 is incomplete, August 2024 is incomplete, September 2024 is incomplete, October 2024 is incomplete, November 2024 is incomplete, December 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, March 2025 is incomplete, April 2025 is incomplete, May 2025 is incomplete, June 2025 is incomplete, July 2025 is incomplete. In Past Due Amount – August 2023 is incomplete, September 2023 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, June 2024 is incomplete, July 2024 is incomplete, August 2024 is incomplete, September 2024 is incomplete, October 2024 is incomplete, November 2024 is incomplete, July 2025 is incomplete. In High Credit - September 2023 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, June 2024 is incomplete, July 2024 is incomplete, November 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, July 2025 is incomplete. In Credit Limit - August 2023 is incomplete, September 2023 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, June 2024 is incomplete, July 2024 is incomplete, August 2024 is incomplete, September 2024 is incomplete, October 2024 is incomplete, November 2024 is incomplete, December 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, March 2025 is incomplete, April 2025 is incomplete, May 2025 is incomplete, June 2025 is incomplete, July 2025 is incomplete.

Number: 154

**Total: 154 missing incomplete pieces of information**