UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2025 AUG 12  AM 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

TYRONE BOZEMAN                          )
                                        ) JURY TRIAL DEMANDED
        Plaintiff,                      )
                                        )
v.                                      )          Case No.
                                        )
EQUIFAX INFORMATION SERVICES, LLC)
        Defendants.                     )
                                        )
                                        )
                                        )

**PLAINTIFF TYRONE BOZEMAN DECLARATION IN SUPPORT
OF COMPLAINT AND EXHIBITS**

I, Tyrone Bozeman, declare as follows:

1. I am the Plaintiff in this action and over the age of eighteen (18). I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify, I could and would competently testify to the truth of the matters stated herein.
2. I submit this Declaration in support of my Complaint and the Exhibits attached thereto.
3. Exhibit B is a True and accurate copy of the FTC Opinion Letter received from https://www.ftc.gov/legal-library/browse/advisory-opinions/advisory-opinion-darcy-06-30-00.
4. Exhibit A is a True and accurate copy of the Know your rights section of my consumer disclosure and the whole consumer disclosure.
5. Exhibit A is a True and accurate copy of the consumer disclosure that shows the truncated incomplete account and payment history and omitted account number information.
6. Exhibit C is a True and accurate copy of the incomplete data from the consumer disclosure that shows the truncated incomplete account and payment history and omitted account number information.
7. When I requested my disclosure from Equifax on August 1, 2025 I expected my full file disclosure with all information that Equifax had on me and they failed to provide it upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 11 day of August, 2025.

*Tyrone Boz[signature]*

Tyrone Bozeman