**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

TYRONE BOZEMAN,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

Case No. 1:25-cv-12253-MJJ

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION TO DISMISS**

Defendant Equifax Information Services, LLC ("Equifax") files this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Motion should be granted in this case, where *pro se* Plaintiff has to state a claim upon which relief can be granted under the Fair Credit Reporting ("FCRA"), 15 U.S.C. 1681, *et. seq*.

The basis for this Motion is set forth more fully in the accompanying Memorandum of Law.

WHEREFORE, Equifax respectfully requests that the Court grant the Motion, dismiss Plaintiff's Complaint in full, with prejudice, and award Plaintiff its fees and costs incurred in defending this action, along with other such relief as the Court deems equitable and just.

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), prior to filing its Motion, counsel for Equifax attempted to confer with Plaintiff by telephone and by email correspondence to attempt to resolve or narrow the issues set forth in the Motion. Plaintiff has not responded to counsel's messages.

DATED: September 5, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Mario D. Nimock*

Mario D. Nimock (Bar No. 687627)
mnimock@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
Telephone: (312) 460-5218
Facsimile: (312) 460-7613

*Counsel for Defendant*
*Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I presented the foregoing EQUIFAX INFORMATION SERVICES, LLC'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and Pro Se Plaintiff.

*/s/ Mario D. Nimock*
Mario D. Nimock
*Counsel for Defendant*
*Equifax Information Services LLC*